IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON DILLARD**
**ADC #131975**     **PLAINTIFF**

V.     **CASE NO. 4:23-cv-00293 JM**

**N. STEWART, Deputy Sheriff,**
**Badge #7240, North Little Rock**
**Police Department,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE